**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 23-147-DLB-CJS**

**KYLE BEACH**                                                                                            **PLAINTIFF**


**v.**                        <u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>


**EQUIFAX INFO. SERVS., LLC**                                                        **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the January 2, 2024 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 11) wherein she recommends that Defendant Equifax Inc. be dismissed from the action in light of the Plaintiff's Amended Complaint omitting it as a party and substituting Equifax Information Services, LLC as the named defendant.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. # 11) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    Defendant Equifax Inc. be **DISMISSED** as a party in this case.  The Clerk is instructed to term Equifax Inc. as a party on the docket sheet and substitute Equifax Information Services, LLC as the named defendant.

This 7th day of February, 2024.



Signed By:

***David L. Bunning***  DB

**United States District Judge**

K:\DATA\ORDERS\Cov2023\23-147 Order Adopting R&R.docx